FILED
05/08/2024
Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA
Case Number: DA 24-0277

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 24-0277

---

DUTCH ENNIS,

Plaintiff and Appellant,

v.

O R D E R

MOJAVA COFFEE, INC., and DOES I-V,

Defendants and Appellees.

---

This matter comes before the Court on the petition of Dutch Ennis, via counsel, for leave to file an out-of-time appeal pursuant to M. R. App. P. 4(6). As the basis for his request, Ennis asserts that his counsel electronically timely filed a Notice of Appeal with the District Court only. He also attaches documentation that demonstrates he timely filed a notice of appeal in the District Court.

Under M. R. App. P. 4(6), a party may seek an out-of-time appeal "[i]n the infrequent harsh case and under extraordinary circumstances amounting to a gross miscarriage of justice[.]" Ennis's counsel asserts that such circumstances exist here, where counsel did not file the Notice of Appeal in this Court, but filed it in the District Court. We agree.

IT IS THEREFORE ORDERED that the petition for leave to file an out-of-time appeal is GRANTED.

IT IS FURTHER ORDERED that Appellant shall have 30 days from the date of this Order within which to prepare, file, and serve a Notice of Appeal and a Request for Transcripts, if necessary, in compliance with the Montana Rules of Appellate Procedure.

The Clerk of this Court is directed to provide copies of this Order to all counsel of record.

DATED this 8th day of May, 2024.

/S/ MIKE McGRATH
/S/ DIRK M. SANDEFUR
/S/ BETH BAKER
/S/ INGRID GUSTAFSON
/S/ JIM RICE



Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
May 8 2024